# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 18-10509

_____

D.C. Docket No. 3:16-CV-1505

United States Court of Appeals
Fifth Circuit

**FILED**
September 27, 2019

Lyle W. Cayce
Clerk

GARY D. EPPLE,

    Plaintiff - Appellant

v.

BNSF RAILWAY COMPANY,

    Defendant - Appellee

Appeal from the United States District Court for the
Northern District of Texas

Before JONES, HO, and OLDHAM, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on **Nov 13, 2019**

Attest:  *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**